SCPW-17-0000593

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHRISTOPHER LEE SLAVICK, Petitioner,

vs.

THE HONORABLE EDWIN NACINO, Judge of the Circuit Court of the
First Circuit, State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 01-13-1461)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Christopher Lee

Slavick's petition for writ of mandamus, filed on August 7, 2017,

and the record, it appears that petitioner fails to demonstrate

that he is entitled to the requested writ of mandamus.  See Kema

v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ

of mandamus is an extraordinary remedy that will not issue unless

the petitioner demonstrates a clear and indisputable right to

relief and a lack of alternative means to redress adequately the

alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, August 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

